1

2

3

4

5

Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

6

Counsel for Plaintiff

7

8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| BRIAN APEL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> vs. <br><br> PERFORMANCE SPORTS GROUP LTD., KEVIN DAVIS, MARK VENDETTI, AND AMIR ROSENTHAL, <br><br> Defendants. | No.  2:16-cv-01881-SVW-AFM <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** <br><br> <u>CLASS ACTION</u> <br><br> JUDGE: Hon. Stephen V. Wilson |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLEASE TAKE NOTICE** that Plaintiff Brian Apel files this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not filed an Answer or moved for summary judgment.  A class has not been certified. Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action.

Furthermore, there is a substantially similar action pending against the same Defendants in the United States Court for the Southern District of New York styled as *Nieves v. Performance Sports Group, Ltd. et al,* Docket No. 1:16-cv-

1

03591 (S.D.N.Y.) (the "Nieves Action"), asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, arising from the same conduct as the instant action.  Similarly, both the instant action and the Nieves Action are at the same procedural posture since both are currently at the lead plaintiff stage.  This dismissal is without prejudice.

Dated:   May 17, 2016                           Respectfully submitted,

                                                **THE ROSEN LAW FIRM, P.A.**

                                                /s/ Laurence Rosen, Esq.
                                                Laurence M. Rosen, Esq. (SBN 219683)
                                                355 South Grand Avenue, Suite 2450
                                                Los Angeles, CA 90071
                                                Telephone: (213) 785-2610
                                                Facsimile: (213) 226-4684
                                                Email: lrosen@rosenlegal.com

                                                Counsel for Plaintiff

Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) – No. 2:16-cv-01881-SVW-AFM

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:
I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On May 17, 2016, I electronically filed the following **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on May 17, 2016.

/s/ Laurence Rosen
Laurence M. Rosen

Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) – No. 2:16-cv-01881-SVW-AFM